


IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | No. |
| NICHOLAS OCHOA | § § § | 3:-10CR-292-K |

INDICTMENT

The Grand Jury Charges:

Count One
Transporting and Shipping Child Pornography
(Violation of 18 U.S.C. § 2252(a)(1))

On or about January 11, 2010, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Nicholas Ochoa**, knowingly transported and shipped visual depictions using a means and facility of interstate commerce; knowing the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct, and the visual depictions were of such conduct. Specifically, **Ochoa** used the internet and peer-to-peer software to permit file-sharing by other network users of the peer-to-peer software. **Ochoa** caused to be uploaded from his computer hard drive the following files:

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT 19 2010

CLERK, U.S. DISTRICT COURT
By _____
Deputy

Indictment (Ochoa)-Page 1

| File name | Description of image |
|---|---|
| pthc boy+woman_mom sucks son_10yr in the shower1.mpg | The video depicts a minor male standing in a shower while an unknown individual performs oral sex on the minor male. |
| pthc 10yo girl with great brother and dad sex.rv | The video depicts a minor female exposing her vagina. An adult male is seen penetrating the minor female's vagina with both his finger and his penis. |
| (pthc) Inga Childlover_0059.mpg | The video depicts a minor female displaying her genitals in a lewd and lascivious manner. A finger is seen penetrating the minor female's vagina. |

In violation of 18 U.S.C. § 2252(a)(1).

<u>Count Two</u>
Possession of Child Pornography
(Violation of 18 U.S.C. § 2252A(a)(5)(B))

On or about January 27, 2010, in the Dallas Division of the Northern District of Texas, the defendant, **Nicholas Ochoa**, knowingly possessed material that contained child pornography that was mailed, shipped, and transported using any means and facility of interstate and foreign commerce and was in and affecting interstate commerce by any means, including by computer, and which was produced using materials that had been mailed, shipped and transported in interstate and foreign commerce, in that the defendant possessed a Hewlett Packard laptop computer, model number HPG60, serial number 2CE93630KM that contained visual depictions of minors engaged in sexually explicit conduct as defined in 18 U.S.C. § 2256, including the following:

| File Name | Description of image |
|---|---|
| 4-5yo Viola Shows Daddy how she Likes It- 008b2.avi | The video depicts an adult male inserting a device into the vagina and anus of a minor female. The adult male then performs oral sex on the genitals of the minor female. |
| pthc- Girl Moscow 5you sex.avi | The video depicts a nude minor female lying on a bed while blindfolded. The minor female is displaying her genitals in a lewd and lascivious manner. An adult male is seen rubbing his penis against the genitals of the minor female. The minor female masturbates the penis of the adult male. |

| pthc Lucy 5yo joystick cums.jpg | The image depicts a minor female lying on a bed and displaying her genitals in a lewd and lascivious manner. |
|---|---|
| pthc- 2010 Tara 9yo sucksHarry.avi | The video depicts a minor female performing oral sex on an adult male's penis. The minor female is seen displaying her genitals in a lewd and lascivious manner. |

In violation of 18 U.S.C. § 2252A(a)(5)(B).

## Forfeiture Notice
## (18 U.S.C. § 2253(a))

Upon conviction of any or all of the offenses alleged in this indictment and pursuant to 18 U.S.C. § 2253(a), the defendant, **Nicholas Ochoa**, shall forfeit (a) any visual depiction described in 18 U.S.C. § 2252 and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in the respective offense; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the respective offense; and (c) and any property, real or personal, used or intended to be used to commit or to promote the commission of the respective offense and any property traceable to such property.

The above-referenced property subject to forfeiture from the defendant includes, but is not limited to, the following:

1. Emachines desktop computer, model number T2642, serial number QIV3C50201860; and

2.   Hewlett Packard laptop computer, model number HPG60, serial number 2CE93630KM.

A TRUE BILL

_____
FOREPERSON

JAMES T. JACKS
UNITED STATES ATTORNEY

_____
JASON D. SCHALL
Assistant United States Attorney
Texas State Bar No. 24051295
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8600
Facsimile: 214.767.2846
Email: Jason.Schall@usdoj.gov

Indictment (Ochoa)-Page 6

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

**NICHOLAS OCHOA (1)**

INDICTMENT

18 U.S.C. § 2252(a)(1)
Transporting and Shipping Child Pornography

18 U.S.C. § 2252A(a)(5)(B)
Possession of Child Pornography

18 U.S.C. § 2253(a)
Forfeiture Notice

2 Counts

A true bill rendered:

*[signature]*

<u>DALLAS</u> <u>FOREPERSON</u>

Filed in open court this _____ day of <u>October</u>, A.D. 2010.

_____
<u>                                                                                                              Clerk</u>

**WARRANT TO ISSUE AS TO NICHOLAS OCHOA**

*[signature]* 10/19/10
<u>UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE</u>
NO MAGISTRATE COURT NUMBER PENDING:

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No  New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No  If Yes, number:_____

Search Warrant Case Number  **3-10CR-292-K**

R 20 from District of _____

Magistrate Case Number _____

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed:

   ☐ Yes ☒ No

   Defendant Name: NICHOLAS OCHOA

   Alias Name: _____

   Address: _____

   County in which offense was committed: Dallas

2. **U.S. Attorney Information**

   AUSA Jason Schall          Bar # Texas State Bar No. 24051295

3. **Interpreter**

   ☐ Yes ☒ No   If Yes, list language and/or dialect: _____

4. **Location Status  WARRANT TO ISSUE**

   ☐ Already in Federal Custody as of _____ in _____
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: 2    ☐ Petty  ☐ Misdemeanor  ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 18 U.S.C. § 2252(a)(1) | Transporting and Shipping Child Pornography | 1 |
   | 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography | 2 |
   | 18 U.S.C. § 2253 | Notice of Forfeiture | |

   Date 10/19/10

   Signature of AUSA: JASON SCHALL

RECEIVED OCT 20 2010 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

RECEIVED OCT 19 2010 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS